```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE A. SU,
 Acting Secretary of Labor,
 United States Department of Labor,

       Plaintiff,

-against-

BRONX URGENT CARE, P.C. d/b/a BRONX URGENT CARE, et al.,

       Defendants.

23-CV-10868 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the Initial Pretrial Conference scheduled for **April 4, 2024 at 9:30 A.M.** The Initial Pretrial Conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The referral to Magistrate Judge Lehrburger for settlement purposes is still in effect, and the parties shall contact Chambers of Judge Lehrburger by no later than **February 21, 2024** to schedule a settlement conference to take place at least two weeks before the initial pretrial conference.

  The parties are hereby ORDERED to file on ECF a joint letter and proposed Civil Case Management Plan and Scheduling Order in accordance with Rule II(A)(5) of the Court's Individual Rules no later than **one week before the Initial Pretrial Conference**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

  In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: February 20, 2024
   New York, New York

                   SO ORDERED.

                   _____
                   MARGARET M. GARNETT
                   United States District Judge