| | | |
|---|---|---|
| **U.S. Department of Labor**<br>**Office of the Solicitor** | 201 Varick Street, Room 983<br>New York, NY 10014 |  |

Reply to the Attention of:  Susan B. Jacobs
Senior Trial Attorney
(646)-264-3664
Jacobs.Susan@dol.gov

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/22/2024
```

April 18, 2024

Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:   Su v. Bronx Urgent Care, P.C., *et al.*
            Case No. 23-cv-10868 (MMG)

Dear Judge Garnett:

On April 3, 2024, the Court issued an order directing the parties to file the fully executed Consent Judgment by April 24, 2024 (ECF No. 28). While the parties have been working to finalize the Consent Judgment, we will require additional time. Therefore, the parties respectfully request a two-week extension of time to file the fully executed Consent Judgment in this matter.

Thank you again for your attention to this matter.

Sincerely,

Jeffrey S. Rogoff
Regional Solicitor

By:   */s/ Susan B. Jacobs*
        Susan B. Jacobs
        Senior Trial Attorney

Cc:   Kristina Giyaur, Esq. (via ECF)

---

GRANTED. If the parties have not filed a fully executed Consent Judgment by **May 8, 2024**, the parties are ORDERED to provide a joint status report to the Court on that date regarding settlement discussions and any issues impeding progress.

SO ORDERED. Dated April 22, 2024.

*[signature]*
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE